7th: Court of Appeals
Amarillo, Texas

In Re:
R Wayne Johnson,
Relator,

* V/S:
Arthur Ware,
County Judge,
Respondent,

FILED
MAY 08 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Cause NO:

07-15-00195-CR

* PRO-Se Petition *
* FOR Writ of MANDAMUS *

7th Court:

1) Jurisdiction: 22,221 (b) Gov. Code...

2) This is a criminal-law matter - Arises from his criminal SENTENCE: See: ExParte: Johnson, 2014 TX App- LEXIS-11746..

3) ExParte Smith, 444 SW3d 661-70 (CCA) (from Potter): NO Atty for APPEAL...) "CRIMINAL"

4) Curry, 853 SW2d 40-48. (article 26.05 (e) - "ABility toPAy, CRIMINAL Sign sworn statement.."

* (1) *

5) Suit (MANDAMUS) Vested Property Right:
111.004 (12) Property Code: ROBINSON, 335 SW3d
126-173 (TX) "12.014 property Code - Suit - PROPER-
TY.") GONZALez, 125 SCt 2796 - Const LAW - 3874(2):
"property interest created By state LAWS.."
A) Pope, 108 SCt 1340-45 - "Settled in Mullane, 70
SCt 652 - Suit is species of property." Logan, 102
SCt 1148-55: Const LAW - 277.!

* FACts of Case *

6): Relator mailed respondent a Writ of
HaBeas Corpus on 1-28-15. (See ATTACHed.)
That Writ complained of the TDCJs tRIBUN-
als "prosecuting" - CRIMES, as if they had
Authority:
A) Leachman, 261 SW3d 297-315: (Code 10.1-
used to "proscess" penal Code CRIME: 38.111
Contact Crime Victim): Smith, 2013 TX App LEXL
10286 (TDCJ - Code 20 (masterBate) used to "RUN
Indecent Exposure: 21.08-; (31) of them! (Teal 23
SW3d 173-77 (21.08- crime: STRUBER, 799 SW2d 26:
B) Relator's: Case NumBers: (No indictments - 21.
01 C.C.P.): 42.07 Harassment: De Dee Johnson - #2016
0208986 - Amy Flores #20120322366 - (his FELONY;
38.123 - 38.122 - (Case # 20120051601): No Grand
Jury WAIVED: Art 4.05, 4.11 C.C.P.; Rothgery, 128
SCt 2578 - 2600

*(2)*

7) The underlying HABeas is a criminal-law matter: 2014 TxAp LEXIS-11746-, Greenville 159SW3d 645! ExParte Smith-supra.

A) MANDAMUS: Issue: When deprived of a JURY (Questions of FACt: Crump, 330SW3d 211-239(7) FOLK, 931 SW2d 390,- (Both: article 1. Sect 15 Tx Cons: T.- AND art 5, Sect 10 (Judiciary):

8) Relator's: "Restraint on Liberty; (LOSS good-Time CRIMINAL.."

9) Respondent is well-Aware that- of TDCJ's Unauthorized Practice of LAW- 38,123,-38,122 By their TRIBUNALS: UPLC, 121SW3d 831-36- Rule 5,05 (b) - cited:

A) VOID Act: Crain, 22SW3d 58-61 (VOID Act- if NOT Atty) UPLC, 261SW3d 24-36:(7x)

10) Respondent clearly: "VIOlates the LAW" (MANdatory duty):

A) Article 2.10: "Duty of MAgistrates": it is the duty of EVery magistrate, to issue ALL process, prevent crimes,-.. arrest all offenders..." See: Crenshaw, 2014 Tx App- LEXIS- 165 668- "duty Issue all process - 2.09 C.C.P. - 2.10 C.C.P. — 15.0 C.C.P.."

B) Article 2.13-C.C.P. "Duties-Powers": peace officers HAVE DUTY *(3)* to prevent crimes"

See: LERMON, 2014 TX APP LEXIS - 124.98 -

C) Article 2.16 C.C.P. "Neglect TO EXECUTE" - "If a sheriff, - or other officer, - shall - willfully refuse, fail to execute ANY legal process, he shall be held in contempt.."

10) The Writ suffices is to constitute a article 15.03 C.C.P "complaint - (its NOTARIZED) - or - AFFiDAVit of ProBABle cause" See: LERMON, 2014 TX APP. - LEXIS - 12498 - "Formal charges" Restatement, 2d, - Torts. Sect: 653 - : LIECK, 881 SW2d at 292:

A) 2.13 C.C.P. provides: "Shall - w/o warrant, - prevent, - suppress, - crime, - notice, - Arrest w/o warrant.."

B) This court - can - required TO: 2.09 C.C.P. - mAgistrates - ct Appeals ... w/o warrant, - ARRest.." See: 2.10 (Duty) C.C.P, - 2.13 - duties, - 2.16 C.C.P: "Neglect"; Applies To this court..

11) STERN, 869 SW2d 614 - (87.011(3) - 87.013 - Local Gov. Code,, at 623 - "official misconduct" 3.04 C.C.P, (39.02 Penal Code):

(4)

A) Cause NO: 7-11-00119- pg3: "fundamental that arrests are properly issued UPON determination of PROBABle cause. By neutral, detached magistrate- 4th AMEND". Martin, 833 S. W2d 129-32- (CCA-92- "Issue Warrants.)

B) Respondent (this court) must ENforce the U.S. Const: per article 6 oaths- MANDated By article 1-Sect 1-TX Const: EichelBerger, 582 SW2d 395 (TX):

(12) Relator ALSO Asserts his statutory Rights to: 1) EXAMINE Trial: 16.01 C.C.P,- "Shall have right to EXAM trial Before indictment..." McDANIEL, 2012 U.S. Dist- LEXIS-69530- "ENtitled to pre-indictment trial.. determine PROBABle cause to hold for trial.." (ALSO):

A) Sheriff: Duke, 2012 U.S. DIST-LEXIS- 21378- "shall have right to EXAmine trial- IN CUSTODY or- ON Bail.." Accord, crenshaw, 2014 ~~U.S.D.~~ LEXIS- TX. APP. 165668-..(16.01 C.C.P - 32.01 C.C.P.)

(13) Writ of MANDAMUS: Issues to ENforce MANDATORY statutes:

A) Rosenthal, 98 SW3d 194-: "Judge Pee ordered to comply with: MANDatory statute (Art: 36.22 C.C.P.)!" purely ministerial duty." BANALES, 93 SW3d 33 (CCA).. at 198: "ministerial, whether law is derived from statutes-Rule,-or OPINION of SUPERIOR. (5) court. "Healy, 884 SW2d 772 at 774

985 SW 2d at: 218; "Judges do not enjoy free-dom to ignore the law."

B) "No discretion to violate the law" In Re Smith 333 SW 2d 582: (3.04 C.C.P. "official misconduct"?? ); pg 4; Above )*

C) As to Respondent: Littlepage, 984 SW 2d 318-332; cites: Grimes: 909 SW 2d 196 (1986; Amarillo quote; "Equity will not aid one who comes as a law violator."

D) Article 2.13 C.C.P. - "shall-arrest w/o out a warrant, prevent, crime, -" (OR) - 2.10 C.C.P. violated (3.04 C.C.P. Also) - Article 2.16 C.C.P. (Neglect) Also) * THIS court Also. (2.09 C.C.P. - 2.10 - C.C.P. - 3.04 C.C.P... 2.16 C.C.P. (contempt) *

14) Respondents total failure to have the clerk assign a number (art 2.21 "shall" and D.A. art 2.01 C.C.P) is irresponsible - violate duty..

15) Relator cites 11.05 C.C.P - "duty to grant writ upon proper motion.." AND 11.40 "shall Discharge" in the Writ.

16) As respondent, this court - TDCJs use void rules / for "crimes" (1-14-00426) - their crimes (see attached Affidavit; 15.03 C.C.P. - Arrest )... This court 2.09 C.C.P. - 2.10 C.C.P. - 3.04 C.C.P..)

(6)

Wherefore, Relator moves:
1) Order respondent to: A) Afford JURY-
(pg:3)- B) 16.01 C.C.P EXAM Trial: pg:5- MCDAN-
iel: Pre-indictment:

2) "MANdatory hearing" not Eliminated By
State laws" 182 S Ct 1148-57 (or-violate-
art 6-oath- mandated by art 1, Sect 1-T+ Const,-
(To enter- VOID orders)- as denies due process-
magness, 247 F.3d 609-19 N.19 (5th)-Brown 84
F.3d 137-43,-) or- respondent violates DUTY
2.09 C.C.P. - 2.10 C.C.P. - 2.16 C.C.P.:-
3) ALL U.S. Sup Ct cases in Writ - "atty To
forfeit good time" (Loss liberty) - fundam-
ental fairness- violated to ignore! Lewis 100 S Ct
915,- Loper. 92 S Ct 1014-32.
4) This court VOID - an order respondent To,
Board Policy 03.81 - "Shall Be allowed To
Assist-Advise all legal matters." Violates
A) Crain-supra,- Public policy - B) Unlaw-
ul Acts Rule: Littlepage, 98 9 SW 2d 318-
(pg:6)- "Not Aid one who comes AS A Law viol-
ator" 909 SW2d 196 (7 th: THIS Ct): Plumine
832 SW2d 757 (92) - "No legal right-that will
form the bases of a suit, - can Be ASSERTED-
in the courts must Be predicated upon UNLAW-
ful Act of party Asserting it." Love, 860 SW2d
541 (93-SAme) Rodriguez, 860 S,- Dover. 859 SW2d
441 (SAme)

(7)

AFFIDAVIT: 15.03: I Been prosecuted for CRIMES By TDCJ: (4)X'S: NO atty, Jury, 16.01. - 15.17, - 32.01 CCP, - : They committed these crimes to do so: () 39.02, 39.04, - 38.122, - 38.123, - 37.10, - Forgery, - 32.21 - etc (EACH case) This court knows By Previous pleadings (I could not file -) AND NO one Adhered to "Duty of MAGISTRATE" - 2.10, - CCP, - 2.09 - (to violate 3.04 Off. Misconduct C.C.P. (39.02 Penal Code.) - 7.02 LAW Parties.

Consequently - ProBABle cause EXISTS for Arrest 2.13 C.C.P. (pg 6) - 2.16 C.C.P. - (denial due process - Ross 108 S Ct 2273 (in pending writ) By TDCJ AND respondent, AND - this court.. (4th Amend - PER this ct. #7-11-00119 (pg 3) - Martin 833 SW2d 129-32 - with - or w/o warrant to "prevent crime" 2.10 C.C.P. (not allow more)

I'm incompetent per TDCJ records - USMC - 1968-71 (only a Judge can determine that per: TDCJS OWN Correc. MAN Health Care: See attached: ALSO Gerald Grante (a FAKE Psych-igist "cleared" cases - (not qualified) - PLUS - 1-7-015 letter - FAKE Bailey - Board Psych: "Grante not licensee of this Board." Criminal Conspir-Acy 15.02 P. Code..

I declare all is true - under perjury 28 USC 1746 (Incompent - 110 S Ct 995 (not competent to sign) (Burch)

Rayee Johnson

(8)

☒ (TO WRIT) ☒

Correctional Managed Health Care: NOT FOLLO-
wed:)
1) A08.1(3) "mental health service prohibited
from performing ANY evaluation involves
determine SANity at time of offense, or
competency - (VII) "Recommendation - not
construed - AS "clearing" cases - expressly
prohibited," CMHC-Policy: I.68.3, - I.71.1
(3) "only a Judge can determine competency"
2) Names to Arrest: (This court - since CAN'T
Sue): 2.09, C.CP - 2.10 C.C.P. 2.13 - 2.16 CCP
                PSych
Gerald Grante, Julia Bristow, Julie EVANS,
Vicki BROWN (Counsel SUBSTITUTES - in cases)
Terry Rainer (DISCIP-CAPT) - MARK DAVIS -
(Grantes SUPERVISOR) - DONNA TOMLINSON (R.N. -
PSyche - (Lopez - PSYChe NURSe) - (OFMATA - M.D)
                                        PSYChe
James Beach, - J. LEWIS, - Sgt Noe) VIA LAW
Parties - 7.02 "AID-ASSIST" (criminal conspir-
acy)
3) I need 4 68.003 C.C.P. (due procen) Competency-
Judge - "CRIMINAL law" 2014 Tx Ap LEXIS 11746
cases - Halted Parole Review - 13 YRS NOW
(NO good - False - all them) "mandatory -
                                    hearing"
                (9)             103 SCt 2e 1156-7

I declare all is true 28USC-1746-
Send investigators (TDCs not do so - 1.08
P. Code- (crimes)-LAGmans-(Sheriff-D.A.
for depositions - 2.01. C.C.P. (2.17 CCP-
Sheriff Conservator Reace "shall arrest all
offenders" (or-contempt-2.16 C.C.P. - 2.13
C.C.P.)-or- me to Potter County ON CRIMINAL

CC FILE

NO laws Obeyed - NO
Rules To Retaliate!

RWayne Johnson
#282756
(USMC-1968-H-mental
Incompetent)

(10)

*Correctional MANG Health care*(CMHC)*
A08.1 (3) "mental health SERVices Expressly Pro-
hibited from "clearing" cases." (VII): I-68.3°
(A): (I-71.1 (3): Competency: "only By a Judge
(4)... determined By Judge court of law.."
DISCIP BOOK:
pg 42 Section V: (A) Special considerations...for psy-
che patients.. .." These procedures (CMAC) SHALL Be
followed .. (Discip Book) */ (Retaliation: MENTAL•ILL

*PD-22 pg3: "Employee's responsiBility To KNOW ALL
rules.. not Aware - not a defense. To violations..
* Jan 7-2015 letter: (Psychologist Board ÷ FAYe Bail
ey: "Grante not Licensee of this Board..)
(FAX - 512-305-7701)    CCFILE

1-28-15

Carroll · 176/249

Judge Wine - COUNTY
Potter (Amarillo)

26.04 Gov Code
Article 26.04 C.C.P. -
Article 1.051. C.C.P. -

Ep Smith - 444 SW 3d -
661-70 (7th) CRIMINAL

Appoint Counsel CRIMINAL
Law Matter:

Amarillo Appeals Court
pg of Writ: 7-14-00384-CR

2014 T+App LEXIS 11746
"Johnson - 1st
"Loss Liberty

good - time "criminal law matter" pretty

2008 TX App LEXIS 3276 - Article 1.051 C.P.
in their order (county MSO).· 2014 TAL - 11746

I'm 19 yrs late on discharge while MSt
issue restore All time See 11.40 C.C.P.
in writ Also.

*Counsel mandatory: Due to At Bar Disc-
Rule 5.05 (b) "Lawyer shall not ASSIST
a NON-member in unauthorized practice
Law." Incom PRO SE · Chadwick 309/558 (CCA)
Gee 60 SW3d 896 906 - Dis R 3.101(A)-106(B)
Public atty not obtain special counsel-
Age for self- clients not in public inter-
est."

(1)

2) *In re Lowery*, 999 SW2d 639- 61-
"legal errors) not immune from duck-
line..." *In re Bell*, 844 SW2d 143-153-

Mandamus Issued to compel Appoint-
ment of Counsel; *Ullela*, 105 SW3d 641
(here: 26.04 C.C.P.)-

*Landermill*, 105 SCt 1487-93- "once a
right is conferred by statute, it may
not be deprived w/o Adequate due process
safeguards." *Rees*, 108 SCt 2213-

*Rosenthal*, 98 SW3d 190- 215 (fn #43)-
"prosecutors not at freedom to ignore the
law..."

*Rodriguez*, 125 SCt 2518-83- *In Bell, a 431
SW3d 190- 15-* "article 15.17 C.C.P. "shall",
inform of rights w/in 48 hrs to counsel

(15.17)

House clerk file, serve district attorney
- 2.01 C.C.P- criminal action."

OUTLINE                                    Ronnie Johnson

Article 2.10 Code Criminal Procedures *
" DUTY OF MAGISTRATE - It is the duty of
EVERY magistrate to preserve the peace, w/in
his Jurisdiction By the use of all lawful
means, - to Issue all process to AID IN PREVE-
NTING - suppressing CRIME - To cause the ARR-
est of offenders By use of lawful means".-

Article 2.13: "Duties - Powers" It is the DUTY
of Every peace officer, to preserve the peace
W/in his Jurisdiction, - officer SHALL use
all lawful means TO (b) - "... interfere what
warrant to PREVENT - or- suppress CRIME -
(2) execute all lawful process. By any
magistrate .. (3) give notice to Some magis-
trate of all offenses committed - where there
is a Violation of penal laws..." (4) Arrest
all offenders who warrant. - to take Key-
ore a magistrate to Be tried.

Article 2.16 "Neglect" TO EXCUTE: "If
ANY Sheriff OR "other" officer SHALL will-
fully refuse or fail to EXECUTE - ANY legal
process, - his DUTY to EXECUTE  HE SHALL
Be liable to A FINE FOR CONTEMPT.."

*(1)*

Article 3.04: "Official MISCONDUCT" ✳
"means AN offense knowing violation of a law committed by a public SERVANT while Acting in his capacity as public SERVANT.." § 39.02 Penal. Office- Misconduct)

In Re Bell, (Judge): 894 SW2d 119-33 "Use office Accomplish AN end Judge knows is Beyond his Authority" (SANCTIONS 33. 033 Gov Code)

In Re: Judge Lowery: 999 SW2d 639-59 "legal errors NOT Immune from Discipline" (Judge Rose: 144 SW3d 661-708.

Altine Robinson 2827S
1601 Spur 591 - Clements
Unit
Amarillo, Tx 79107-9606

7th:
Court of Appeals
501 S. Fillmore
Amarillo, Tx 79101

79101$24.33